UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.                                                                Case No:   2:14-cv-309-FtM-38CM

SOUTH FLORIDA CUSTOM TRIM, INC.,
SOUTH FLORIDA CONSTRUCTION OF
NAPLES, INC., and SOUTH FLORIDA
CUSTOM HOMES,

    Defendants.
_____/

## ORDER[1]

This matter is before the Court on Plaintiff Nationwide Mutual Insurance Company and Defendants South Florida Custom Trim, Inc., South Florida Construction of Naples, Inc., and South Florida Custom Homes' Stipulation of Dismissal (Doc. #33) filed on February 27, 2015.  Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.  Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Fed. R. Civ. P. 41(a)(1)(A).

Here, the parties stipulate to dismissing the above-captioned case, including all claims and counter-claims asserted therein, with prejudice and with each side to bear its own attorneys' fees, costs, and expenses. (Doc. #33). Both parties have signed the stipulation. (Doc. #33). Thus, the Court dismisses this case under Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Nationwide Mutual Insurance Company and Defendants South Florida Custom Trim, Inc., South Florida Construction of Naples, Inc., and South Florida Custom Homes' Stipulation of Dismissal (Doc. #33) is **GRANTED**. The above-captioned case, including all claims and counter-claims asserted therein, are **DISMISSED with prejudice**.

(2) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of March, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record